**AFFIRMED; Opinion Filed April 21, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01072-CR

## TONY J. STEED, Appellant
## V.
## THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F-1451467-T

## MEMORANDUM OPINION
Before Justices Francis, Brown, and Stoddart
Opinion by Justice Stoddart

Tony J. Steed waived his right to a jury trial and entered an open plea of guilty to aggravated assault of a public servant with a deadly weapon. The trial court admonished appellant of his rights, received evidence, including appellant's signed judicial confession and stipulation of evidence, found him guilty, and sentenced him to ten years in prison. The trial court certified appellant's right to appeal.

On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate court and

counsel in *Anders* cases).

Appellant filed a pro se response raising several issues. After reviewing counsel's brief, appellant's pro se response, and the record, we agree the appeal is frivolous and without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/ Craig Stoddart/
CRAIG STODDART
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
141072F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

TONY J. STEED, Appellant

No. 05-14-01072-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F-1451467-T.
Opinion delivered by Justice Stoddart.
Justices Francis and Brown participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 21st day of April, 2015.